# UNITED STATES BANKRUPTCY COURT
## Western District of Washington

Attorney Name, Address, Telephone No. & Bar ID No.

**Scott Leslie Taylor** 23650
**1401 South Union Avenue**

**Tacoma, WA**
**98405**
**(253) 383-5240**

FILED
2003 SEP -5 AM 9: 29
M.L. RITCHER, CLK.
U.S. BANKRUPTCY COURT
W.D. OF WA AT TACOMA
BY_____ DEP. CLK.

In re:
Patricia A. Mikulski

BANKRUPTCY NO.

03-49017

(Debtor)

## DECLARATION RE: ELECTRONIC FILING OF
### PETITION, SCHEDULES & STATEMENTS

**PART 1- DECLARATION OF PETITIONER**

I  Patricia A. Mikulski ,
the undersigned debtor(s), **hereby declare under penalty of perjury** that the information provided in the electronically filed petition, statements, and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this **DECLARATION RE: ELECTRONIC FILING** is to be filed with the Clerk of the Court no later than **5 business days** following the date the petition was electronically filed. I understand that failure to file the signed original of this **DECLARATION** will cause my case to be dismissed pursuant to 11.U.S.C. § 707(a)(3) without further notice.

☑  If petitioner is an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7:
   I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in this petition.

☐  If petitioner is a corporation or partnership: I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

☐  If petitioner files an application to pay filing fee in installments: I certify that I completed an application to pay the filing fee in installments. I am aware that the bankruptcy case will be dismissed and I may not receive a discharge of my debts if the fee is not paid within 120 days of the date of filing the petition.

Dated: 8/26/03

Signed: _____
(Applicant)                                           (Joint Applicant)

**PART II - DECLARATION OF ATTORNEY**

*I declare under penalty of perjury* that the debtor(s) signed this form before I electronically transmitted the petition, schedules, and statements to the United States Bankruptcy Court, and have followed all other requirements in General Order No. 3. If an individual, I further declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11,12 or 13 of Title 11, United States Code, and have explained the relief available under each chapter. This declaration is based on the information of which I have knowledge.

Dated: 8/26/03

_____
Attorney for Debtor(s)
**Scott Leslie Taylor**
Scott Leslie Taylor, Attorney at Law
1401 South Union Avenue

Tacoma, WA
98405
(253) 383-5240

Telephone No.: (253) 383-5240
Fax No.: (253) 383-5187
E-mail address:

[Local Rules W.D. Wash. Bankr. form 6]