10/20/03

This is to notify United States Bankruptcy Court that Patricia A. Mikulski changing her name back to Patricia A. Mello. I understand that the Bankruptcy Court will not take any action to change my name in the Bankruptcy proceedings.

*[signature]*

Case # 03-49017